# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MELISSA BUCK; CHAD BUCK; and SHAMBER FLORE; ST. VINCENT CATHOLIC CHARITIES,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT GORDON, in his official capacity as the Director of the Michigan Department of Health and Human Services; HERMAN MCCALL, in his official capacity as the Executive Director of the Michigan Children's Services Agency; DANA NESSEL, in her official capacity as Michigan Attorney General; ALEX AZAR, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>*Defendants*. | No. 1:19-cv-00286<br><br>HON. ROBERT J. JONKER<br><br>**Oral Argument Requested** |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

1

Pursuant to Federal Rule of Civil Procedure 65(a) and W.D. Mich. L. Civ. R. 7.2, Plaintiffs move this Court for a preliminary injunction. In support of that motion, Plaintiffs state:

1. Plaintiffs have demonstrated a likelihood of success on the merits of their claims under the Free Exercise Clause, Free Speech Clause, and the Religious Freedom Restoration Act, 42 U.S.C. 2000bb.

2. Absent injunctive relief, Plaintiffs will suffer irreparable harm in the form of deprivation of constitutional and statutory rights, the loss of contracts and licenses which allow them to engage in the religious exercise of serving children in Michigan's child welfare system, loss of the ability to care for additional foster and adoptive children, the loss of critical support that foster families rely on, and potential closure of the agency's foster and adoption programs.

3. The injunction is in the public interest. Michigan has a chronic need for more foster and adoptive homes and has recognized that its interests are best served by having a diversity of child-placing agencies able to serve children. It is in the public interest to serve children in the child welfare system and to continue a status quo that has existed for many years.

4. The balance of the equities favors Plaintiffs. Plaintiffs provide crucial services to children and families, and the loss of those services would strain an already overstressed child welfare system. Michigan has not previously taken adverse action against Plaintiffs in its many years of contracting with St. Vincent, so cannot claim to be harmed by maintaining the status quo.

5. Pursuant to Local Civil Rule 7(d), Plaintiffs contacted the named defendants via email seeking concurrence. Oral argument is requested on this motion because of the complex legal issues involved in this case.

Therefore, Plaintiffs respectfully request that the Court enter an order:

1. Enjoining Defendants Gordon, McCall, and Nessel, their agents, employees, and those acting in concert with them not to terminate or suspend performance of their contracts with St. Vincent Catholic Charities, decline to renew those contracts, nor take any other adverse action against St. Vincent Catholic Charities for engaging in protected speech and religious exercise, including continuing to refer couples to other agencies when St. Vincent cannot assist those couples due to its religious beliefs.

3

2. Enjoining Defendant Azar from taking any enforcement action under 45 CFR 75.300(c) based upon St. Vincent's protected speech and religious exercise or upon Michigan's actions to accommodate such protected speech and religious exercise.

Dated: April 16, 2019                    Respectfully submitted,

/s/ *Lori Windham*
Lori Windham
Mark Rienzi*
Nicholas Reaves*
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Telephone: (202) 955-0095
Facsimile: (202) 955-0090

William R. Bloomfield (P68515)
Catholic Diocese of Lansing
Lansing, Michigan 48933-1122
(517) 342-2522
wbloomfield@dioceseoflansing.org

*Counsel for Plaintiffs*
*\*Admission pending*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2019, I electronically filed the above document(s) with the Clerk of the Court using the ECF System. I also certify that I sent true and correct copies of the forgoing motion and related documents by overnight commercial carrier to be retrieved by the carrier on April 17, 2019 to the following:

Mr. Robert Gordon
Director
Michigan Department of Health & Human Services
333 S. Grand Ave
P.O. Box 30195
Lansing, Michigan 48909

Mr. Herman McCall
Executive Director, Michigan Children's Servs. Agency
Michigan Department of Health & Human Services
333 S. Grand Ave
P.O. Box 30195
Lansing, Michigan 48909

Ms. Dana Nessel
Michigan Attorney General
G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909

Mr. Alex M. Azar II
Secretary
(separate copies sent to Defendant Azar and Defendant Department itself)
U.S. Department of Health and Human Services

200 Independence Avenue, S.W.
Washington, D.C. 20201

/s/ *Lori Windham*
Lori H. Windham
Mark L. Rienzi*
Nicholas R. Reaves*
Counsel for Intervenor-Defendants
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700 Washington, DC, 20036
Tel.: (202) 955-0095
Fax: (202) 955-0090
mrienzi@becketlaw.org

*Counsel for Plaintiffs*
**Admission pending*