UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA BUCK, et al.,

    Plaintiffs,

                        CASE NO. 1:19-CV-286

v.

                        HON. ROBERT J. JONKER

ROBERT GORDON, et al.,

    Defendants.
_____/

## ORDER

Plaintiffs filed a motion for preliminary injunction on April 16, 2019. Defendants have just appeared. Responses to the motion shall be filed not later than **May 15, 2019**.

Date:   April 25, 2019                    /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   CHIEF UNITED STATES DISTRICT JUDGE