UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MELISSA BUCK; CHAD BUCK; and SHAMBER FLORE; ST. VINCENT CATHOLIC CHARITIES,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT GORDON, in his official capacity as the Director of the Michigan Department of Health and Human Services; HERMAN MCCALL, in his official capacity as the Executive Director of the Michigan Children's Services Agency; DANA NESSEL, in her official capacity as Michigan Attorney General; ALEX AZAR, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendants. | No. 1:19-cv-00286<br><br>HON. ROBERT J. JONKER<br><br>MAG. PHILLIP J. GREEN<br><br>**STIPULATION TO EXTEND STATE AND FEDERAL DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, AND TO EXTEND STATE PLAINTIFFS' DEADLINE TO RESPOND TO THE COMPLAINT** |

| | |
|---|---|
| Lori H. Windham<br>Attorney for Plaintiffs<br>The Becket Fund for Religious Liberty<br>1200 New Hampshire Ave. NW, Ste. 700<br>Washington, DC 20036<br>(202) 955-0095<br>lwindham@becketlaw.org<br><br>Christopher Alan Bates<br>Attorney for Defendants Alex Azar<br> and United States Department of Health and Human Services<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530<br>(202) 514-3307<br>christopher.a.bates@usdoj.gov | Toni L. Harris (P63111)<br>Joshua S. Smith (P63349)<br>Precious S. Boone (P81631)<br>Attorneys for State Defendants<br>Michigan Department of<br>Attorney General<br>Health, Education & Family<br>Services Division<br>P.O. Box 30758<br>Lansing, MI  48909<br>(517) 335-7603<br>HarrisT19@michigan.gov |

**STIPULATION TO EXTEND STATE AND FEDERAL DEFENDANTS'
DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION, AND TO EXTEND STATE PLAINTIFFS'
DEADLINE TO RESPOND TO THE COMPLAINT**

The parties, by and through undersigned counsel, stipulate to (a) extend the deadline for State Defendants and Federal Defendants to respond to Plaintiffs' Motion for Preliminary Injunction [ECF No. 5] to May 29, 2019, and (b) extend the deadline for State Defendants to respond to the Complaint to June 24, 2019, which aligns with Federal Defendants' deadline to respond.

The parties state as follows:

1. Plaintiffs filed a Complaint on April 15, 2019.

2. Plaintiffs served State Defendants Gordon and Nessel with the Summons and Complaint on Friday, April 19, 2019.  Plaintiffs served State Defendant Wrayno[1] through counsel in late April 2019.

3. Plaintiffs served Federal Defendants with the Summons and Complaint on or about April 23, 2019.

4. Plaintiffs filed a Motion for Preliminary Injunctive Relief in this Court on April 16, 2019 [ECF No. 5].

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, this stipulation reflects the substitution of Acting Children's Services Agency Executive Director Jennifer Wrayno for former Children's Services Agency Executive Director Herman McCall, who was named in his official capacity.

5. Plaintiffs served the Motion for Preliminary Injunctive Relief by U.S. mail on or about Thursday, April 18, 2019.

6. An Order issued on April 25, 2019, requiring Defendants to file responses to the Preliminary Injunction motion not later than May 15, 2019 [ECF No. 8].

7. To align pleading schedules, Plaintiffs stipulate to extending State Defendants' deadline to respond to the Complaint to match the Federal Defendants' June 24, 2019 deadline to respond.

8. The parties also agree that a two-week extension of the Court's May 15, 2019 deadline to respond to Plaintiffs' Motion for Preliminary Injunctive Relief is reasonable to allow State and Federal Defendants time to review the case and prepare a response.

WHEREFORE, the parties respectfully request that this Honorable Court enter the attached proposed stipulated order extending the deadline for State Defendants and Federal Defendants to file a response to Plaintiffs' Motion for Preliminary Injunctive Relief to May 29, 2019 and extending the deadline for State Defendants to respond to the Complaint to June 24, 2019.

IT IS SO STIPULATED.

Dated: May 2, 2019  /s/ *Toni L. Harris*
Toni L. Harris (P63111)
Attorney for State Defendants
Michigan Department of
 Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI  48909
(517) 335-7603
HarrisT19@michigan.gov

Dated: May 2, 2019  /s/ *Christopher A. Bates*
Christopher Alan Bates
Attorney for Defendants Alex Azar
 and United States Department of
Health and Human Services
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
(202) 514-3307
christopher.a.bates@usdoj.gov

Dated: May 2, 2019  /s/ *Lori H. Windham*
Lori H. Windham
Attorney for Plaintiffs
The Becket Fund for Religious
 Liberty
1200 New Hampshire Ave., NW
Ste. 700
Washington, DC 20036
(202) 955-0095
lwindham@becketlaw.org

## ORDER ON STIPULATION TO EXTEND DEADLINES

This matter having come before the Court upon State and Federal Defendants' Stipulated Motion to extend State and Federal Defendants' Deadline to Respond to Plaintiffs' Motion for Preliminary Injunction, and to Extend State Plaintiffs' Deadline to Respond to the Complaint, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the deadline for State and Federal Defendants to file a response to Plaintiffs' Motion for Preliminary Injunction is extended to May 29, 2019.

IT IS FURTHER ORDERED that the deadline for State Defendants to respond to the Complaint is extended to June 24, 2019.

IT IS SO ORDERED.

Dated: May 3, 2019                     /s/ Robert J. Jonker
                                        HON. ROBERT J. JONKER
                                        United States District Court Judge