# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

MELISSA BUCK,
    *et al.*

    Plaintiffs,

  v.

ROBERT GORDON,
    *et al.*

    Defendants.

CASE NO. 1:19-CV-00286

HON. ROBERT J. JONKER
United States District Judge

ORAL ARGUMENT REQUESTED

## **FEDERAL DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), the Federal Defendants hereby move to dismiss Plaintiffs' Complaint as to the Federal Defendants. The grounds for this motion are set forth in the accompanying brief in support.

Pursuant to Local Civil Rule 7.1(d), Counsel for the Federal Defendants contacted the other parties to ascertain their position. Plaintiffs and State Defendants advised that they would oppose the motion.

Oral argument is requested on this motion because of the complex legal issues involved in this case.

                Respectfully submitted,

                JOSEPH H. HUNT
                Assistant Attorney General

                ANDREW BYERLY BIRGE
                United States Attorney

                MICHELLE BENNETT
                Assistant Branch Director

Dated: June 19, 2019    /s/ *Christopher A. Bates*
CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 514-3307
christopher.a.bates@usdoj.gov

*Counsel for the Federal Defendants*