UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA BUCK; CHAD BUCK; and
SHAMBER FLORE; ST. VINCENT
CATHOLIC CHARITIES,

    Plaintiffs,

v.

ROBERT GORDON, in his official
capacity as the Director of the Michigan
Department of Health and Human Services;
HERMAN MCCALL, in his official capacity
as the Executive Director of the Michigan
Children's Services Agency; DANA NESSEL,
in her official capacity as Michigan Attorney
General; ALEX AZAR, in his official capacity
as Secretary of Health and Human Services;
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

    Defendants.

_____/

No. 1:19-cv-00286

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

**STIPULATION TO EXTEND PLAINTIFFS' AND STATE DEFENDANTS' DEADLINE TO RESPOND TO FEDERAL DEFENDANTS' MOTION TO DISMISS (DOC. 44)**

Lori H. Windham
Attorney for Plaintiffs
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Ste. 700
Washington, DC 20036
(202) 955-0095
lwindham@becketlaw.org

Christopher Alan Bates
Attorney for Defendants Alex Azar
 and United States Department of Health
and Human Services
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
(202) 514-3307
christopher.a.bates@usdoj.gov

Toni L. Harris (P63111)
Joshua S. Smith (P63349)
Precious S. Boone (P81631)
Attorneys for State Defendants
Michigan Department of
Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI  48909
(517) 335-7603
HarrisT19@michigan.gov

# STIPULATION TO EXTEND PLAINTIFFS' AND STATE DEFENDANTS' DEADLINE TO RESPOND TO FEDERAL DEFENDANTS' MOTION TO DISMISS (DOC. 44)

The parties, by and through undersigned counsel, stipulate to extend the deadline for Plaintiffs and State Defendants to respond to Federal Defendants' Motion to Dismiss, Doc. 44.  The parties agree to the following briefing schedule to Federal Defendants' Motion to Dismiss:

1. Plaintiffs' and State Defendants' Responses are due on or before August 9, 2019; and

2. Federal Defendants' Reply is due on or before August 30, 2019.

WHEREFORE, the parties respectfully request that this Honorable Court enter the attached proposed stipulated order to extend the deadline for Plaintiffs and State Defendants to respond to Federal Defendants' Motion to Dismiss, Doc. 44.

IT IS SO STIPULATED.


Dated:  July 3, 2019

/s/ *Joshua S. Smith*
Joshua S. Smith (P63349)
Attorney for State Defendants
Michigan Department of
Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI  48909
(517) 335-7603
HarrisT19@michigan.gov

3

Dated:  July 3, 2019           /s/ *Christopher A. Bates*
Christopher Alan Bates
Attorney for Defendants Alex Azar
and United States Department of
Health and Human Services
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
(202) 514-3307
christopher.a.bates@usdoj.gov

Dated:  July 3, 2019           /s/ *Lori H. Windham*
Lori H. Windham
Attorney for Plaintiffs
The Becket Fund for Religious
Liberty
1200 New Hampshire Ave., NW
Ste. 700
Washington, DC 20036
(202) 955-0095
lwindham@becketlaw.org

**ORDER GRANTING STIPULATION TO EXTEND DEADLINES TO RESPOND TO FEDERAL DEFENDANTS' MOTION TO DISMISS**

This matter having come before the Court upon the parties' Stipulation to extend the deadline for Plaintiffs and State Defendants to respond to Federal Defendants' Motion to Dismiss, Doc. 44,

IT IS HEREBY ORDERED that the briefing schedule to Federal Defendants' Motion to Dismiss shall be:

1. Plaintiffs' and State Defendants' Responses are due on or before August 9, 2019; and

2. Federal Defendants' Reply is due on or before August 30, 2019.

IT IS SO ORDERED.

Dated:   July 9, 2019

/s/ Robert J. Jonker
HON. ROBERT J. JONKER
United States District Court Judge