UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA BUCK, et al.,

    Plaintiffs,

File No: 1:19-CV-286

v.

HON. ROBERT J. JONKER

ROBERT GORDON, et al.,

    Defendants.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

On July 31, 2019, the Court denied without prejudice the motion to intervene filed by Kristy and Dana Dumont, but allowed these parties to participate as amici curiae. Now before the Court is their motion for reconsideration (ECF No. 55).

Having raised no new issues not already considered by this Court, and having failed to convince the Court that its prior ruling was erroneous, the Court hereby **DENIES** Kristy and Dana Dumont's motion for reconsideration and reaffirms its order of July 31, 2019.

Date:   August 12, 2019          /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   CHIEF UNITED STATES DISTRICT JUDGE