UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MELISSA BUCK; CHAD BUCK; and SHAMBER FLORE; ST. VINCENT CATHOLIC CHARITIES,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT GORDON, in his official capacity as the Director of the Michigan Department of Health and Human Services; HERMAN MCCALL, in his official capacity as the Executive Director of the Michigan Children's Services Agency; DANA NESSEL, in her official capacity as Michigan Attorney General; ALEX AZAR, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendants. | No. 1:19-cv-00286<br><br>HON. ROBERT J. JONKER<br><br>MAG. PHILLIP J. GREEN<br><br>**NOTICE OF APPEAL** |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants Michigan Department of Health and Human Services (MDHHS) Director Robert Gordon, MDHHS Children's Services Agency Executive Director JooYeun Chang,[1] and Michigan Attorney

---

[1] Pursuant to Fed. R. Civ. P. 25(d), a state official's successor is automatically substituted as a party. Therefore, this Notice reflects the current state official, JooYeun Chang.

1

General Dana Nessel (State Defendants) hereby appeal to the United States Court of Appeals for the Sixth Circuit the District Court's order granting preliminary injunctive relief against State Defendants in the Opinion (ECF No. 69) and Order (ECF No. 70) entered on September 26, 2019.

    Respectfully submitted,

    Dana Nessel
    Attorney General

    <u>/s/ Toni L. Harris</u>
    Toni L. Harris (P63111)
    Precious S. Boone (P81631)
    Elizabeth Husa Briggs (P73907)
    Attorneys for State Defendants
    Michigan Department of
    Attorney General
    Health, Education & Family
    Services Division
    P.O. Box 30758
    Lansing, MI  48909
    (517) 335-7603
    HarrisT19@michigan.gov

Dated:  October 7, 2019