UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MELISSA BUCK; CHAD BUCK; and SHAMBER FLORE; ST. VINCENT CATHOLIC CHARITIES,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ROBERT GORDON, in his official capacity as the Director of the Michigan Department of Health and Human Services; HERMAN MCCALL, in his official capacity as the Executive Director of the Michigan Children's Services Agency; DANA NESSEL, in her official capacity as Michigan Attorney General; ALEX AZAR, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>　　　　Defendants. | No. 1:19-cv-00286<br><br>HON. ROBERT J. JONKER<br><br>MAG. PHILLIP J. GREEN |

**STATE DEFENDANTS'
CERTIFICATE OF COMPLIANCE WITH
LOCAL CIVIL RULE 7.1(d)**

In accordance with W.D. Mich.LCivR 7.1(d), Defendants Michigan Department of Health and Human Services (DHHS) Director Robert Gordon, DHHS Children's Services Agency Executive Director JooYuen Chang,[1] and Michigan

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, this joint motion reflects the substitution of Children's Services Agency Executive Director JooYuen Chang for former Children's Services Agency Executive Director Herman McCall, who was named in his official capacity.

Attorney General Dana Nessel (collectively, "State Defendants"), by and through undersigned counsel, hereby certify that, on October 9, 2019, they sent email correspondence seeking concurrence in the relief sought in State Defendants' Emergency Motion to Stay the Preliminary Injunction to counsel for Plaintiffs, counsel for Defendants Alex Azar and the United States Department of Health and Human Services, and counsel for the Dumonts.

Plaintiffs responded that they oppose the motion. Federal Defendants Secretary Alex Azar and the United States Department of Health and Human Services took no position. The Dumonts do not object to the relief sought.

Respectfully submitted,

Dana Nessel
Attorney General

Dated: October 10, 2019

/s/ *Toni L. Harris*
Toni L. Harris (P63111)
Attorney for State Defendants
Michigan Department of
 Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
HarrisT19@michigan.gov