UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA BUCK, *et al.*,

    Plaintiffs,

v.

ROBERT GORDON, in his official
Capacity as Director of the Michigan
Department of Health and Human Services,
*et al.*,

    Defendants.
_____/

CASE NO. 1:19-CV-286

HON. ROBERT J. JONKER

## **ORDER**

The State Defendants move for stay, or modification, of the Court's Preliminary Injunction pending the interlocutory appeal filed on October 7, 2019. They also seek expedited consideration. (ECF No. 72). The State Defendants report the Plaintiffs oppose the motion. Plaintiffs may file their opposition not later than October 21, 2019.

Dated:   October 11, 2019          /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   CHIEF UNITED STATES DISTRICT JUDGE