UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 15, 2019

Ms. Precious Snyott Boone
Ms. Elizabeth Briggs
Ms. Toni L. Harris
Mr. Anthony Joseph Sukkar
Office of the Attorney General
P.O. Box 30758
Lansing, MI 48917

Mr. Nicholas Robert Reaves
Mr. Mark Rienzi
Ms. Lori Halstead Windham
Becket Fund for Religious Liberty
1200 New Hampshire Avenue, N.W., Suite 700
Washington, DC 20036

Re: Case No. 19-2185, *Melissa Buck, et al v. Robert Gordon, et al*
Originating Case No. : 1:19-cv-00286

Dear Counsel:

  This appeal has been docketed as case number **19-2185** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

  Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

  At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **October 29, 2019**. Additionally, the transcript order must be completed by that date.

NOTE: Effective July 18, 2016, all attorneys must order transcript for appeal by using the CM/ECF docket entries. The transcript order form used prior to that date will not be accepted after July 18. For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  |
|---|---|
| Appellant: | Appearance of Counsel<br>Civil Appeal Statement of Parties & Issues<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |
| Appellee: | Appearance of Counsel<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |

    More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                              Sincerely yours,

                                              s/Robin L. Johnson
                                              Case Manager
                                              Direct Dial No. 513-564-7039

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 19-2185

MELISSA BUCK; CHAD BUCK; SHAMBER FLORE; ST. VINCENT CATHOLIC CHARITIES

        Plaintiffs - Appellees

v.

ROBERT GORDON, in his official capacity as Director of the Michigan Department of Health and Human Services; HERMAN MCCALL, in his official capacity as the Executive Director of the Michigan Children's Services Agency; DANA NESSEL, in her official capacity as Attorney General of Michigan

        Defendants - Appellants

 and

ALEX M. AZAR, II, in his official capacity as the Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES

        Defendants