## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 15, 2019

Ms. Precious Snyott Boone
Ms. Elizabeth Briggs
Ms. Toni L. Harris
Mr. Anthony Joseph Sukkar
Office of the Attorney General
P.O. Box 30758
Lansing, MI 48917

Mr. Nicholas Robert Reaves
Mr. Mark Rienzi
Ms. Lori Halstead Windham
Becket Fund for Religious Liberty
1200 New Hampshire Avenue, N.W., Suite 700
Washington, DC 20036

Re:  Case No. 19-2185, *Melissa Buck, et al v. Robert Gordon, et al*
     Originating Case No. : 1:19-cv-00286

Dear Counsel:

   This case has been docketed as case number **19-2185**. It will be held in abeyance until after the district court rules on pending motions, identified under Fed. R. App. P. 4(a)(4), and jurisdiction transfers to the Sixth Circuit Court of Appeals. Once this court has jurisdiction, the appeal will proceed in the normal course and you will receive additional instructions from the Clerk's office. Also, please note the corrected caption substituting Joo Yeun Chang for Herman McCall.

   In the meantime, you are strongly encouraged to read the Federal Rules of Appellate Procedure and Sixth Circuit Rules at www.ca6.uscourts.gov. If you are counsel for a party and have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system. If you are representing yourself in this appeal, you will continue to file in paper and your pleadings will be scanned into the court's electronic docket.

                                        Sincerely yours,

                                        s/Robin L. Johnson
                                        Case Manager
                                        Direct Dial No. 513-564-7039

cc:  Mr. Thomas Dorwin

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 19-2185

MELISSA BUCK; CHAD BUCK; SHAMBER FLORE; ST. VINCENT CATHOLIC CHARITIES

        Plaintiffs - Appellees

v.

ROBERT GORDON, in his official capacity as Director of the Michigan Department of Health and Human Services; JOO YEUN CHANG, in his official capacity as the Executive Director of the Michigan Children's Services Agency; DANA NESSEL, in her official capacity as Attorney General of Michigan

        Defendants - Appellants

 and

ALEX M. AZAR, II, in his official capacity as the Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES

        Defendants

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA BUCK, *et al.*,

        Plaintiffs,

v.

CASE NO. 1:19-CV-286

HON. ROBERT J. JONKER

ROBERT GORDON, in his official Capacity as Director of the Michigan Department of Health and Human Services, *et al.*,

        Defendants.

_____/

## **ORDER**

The State Defendants move for stay, or modification, of the Court's Preliminary Injunction pending the interlocutory appeal filed on October 7, 2019. They also seek expedited consideration. (ECF No. 72). The State Defendants report the Plaintiffs oppose the motion. Plaintiffs may file their opposition not later than October 21, 2019.

Dated:   October 11, 2019          /s/ Robert J. Jonker
                                                 ROBERT J. JONKER
                                                 CHIEF UNITED STATES DISTRICT JUDGE