UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MELISSA BUCK; CHAD BUCK; and SHAMBER FLORE; ST. VINCENT CATHOLIC CHARITIES,<br><br>  Plaintiffs,<br><br>v.<br><br>ROBERT GORDON, in his official capacity as the Director of the Michigan Department of Health and Human Services; HERMAN MCCALL, in his official capacity as the Executive Director of the Michigan Children's Services Agency; DANA NESSEL, in her official capacity as Michigan Attorney General; ALEX AZAR, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>  Defendants. | No. 1:19-cv-00286<br><br>HON. ROBERT J. JONKER<br><br>MAG. PHILLIP J. GREEN |

**STATE DEFENDANTS'
CERTIFICATE OF COMPLIANCE WITH
LOCAL CIVIL RULE 7.1(d)**

In accordance with W.D. Mich. LCivR 7.1(d), Defendants Michigan Department of Health and Human Services (DHHS) Director Robert Gordon, DHHS Children's Services Agency Executive Director JooYeun Chang,[1] and Michigan

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, this joint motion reflects the substitution of Children's Services Agency Executive Director JooYeun Chang for former Children's Services Agency Executive Director Herman McCall, who was named in his official capacity.

Attorney General Dana Nessel (collectively, "State Defendants"), by and through undersigned counsel, hereby certify that, on October 18, 2019, they sent email correspondence seeking concurrence in the relief sought in State Defendants' Motion for Leave to File a Reply Brief to counsel for Plaintiff St. Vincent Catholic Charities, counsel for Defendants Alex Azar and the United States Department of Health and Human Services, and counsel for the Dumonts.

As explained in the accompanying Motion for Leave, SVCC filed its response brief at or around 4:35pm on October 18, 2019. At 7:30pm that same day, State Defendants sought concurrence in this motion for leave to file a reply brief, requesting a response by 8:30pm. At the time of filing on October 19, 2019, State Defendants' counsel had received no response from Plaintiffs and Federal Defendants. Proposed Intervenors, the Dumonts, concurred in the relief sought.

    Respectfully submitted,

    Dana Nessel
    Attorney General

Dated: October 19, 2019    /s/ *Toni L. Harris*
    Toni L. Harris (P63111)
    Attorney for State Defendants
    Michigan Department of
     Attorney General
    Health, Education & Family
    Services Division
    P.O. Box 30758
    Lansing, MI  48909
    (517) 335-7603
    HarrisT19@michigan.gov