**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

MELISSA BUCK,
  *et al.*

   Plaintiffs,

 v.

ROBERT GORDON,
  *et al.*

   Defendants.

CASE NO. 1:19-CV-00286

HON. ROBERT J. JONKER
United States District Judge

**NOTICE REGARDING NOTICE OF**
**NONENFORCEMENT OF CHALLENGED REGULATION AND**
**NOTICE OF PROPOSED RULEMAKING TO REVISE CHALLENGED REGULATION**

   Federal Defendants hereby notify the Court that on November 1, 2019, the Department of Health and Human Services (HHS) issued a Notice of Nonenforcement regarding certain regulatory provisions promulgated at 81 Fed. Reg. 89,393 (Dec. 12, 2016), including 45 C.F.R. § 75.300(c), and a Notice of Proposed Rulemaking (NPRM) to repromulgate or revise such provisions. *See* https://www.hhs.gov/about/news/2019/11/01/hhs-issues-proposed-rule-to-align-grants-regulation.html. The Notice of Nonenforcement and NPRM are available on HHS's website, *see* https://www.hhs.gov/sites/default/files/hhs-grants-regulation-notice-of-nonenforcement.pdf (Notice of Nonenforcement); https://www.hhs.gov/sites/default/files/hhs-grants-regulation-nprm.pdf (NPRM), will soon be published in the Federal Register, and are attached hereto for the Court's convenience. Because this Court's injunction against Federal Defendants is predicated on the possibility of enforcement of 45 C.F.R § 75.300(c) against Michigan based on Plaintiff St. Vincent's religious exercise, Federal Defendants are notifying the Court of these developments.

In the Notice of Nonenforcement, HHS states that it is exercising its enforcement discretion not to enforce the regulatory provisions promulgated at 81 Fed. Reg. 89,393, including 45 C.F.R. § 75.300(c), pending repromulgation.

In the NPRM, HHS proposes to repromulgate in amended form 45 C.F.R. § 75.300(c), among other regulatory provisions. Specifically, HHS proposes to revise that provision to state: "It is a public policy requirement of HHS that no person otherwise eligible will be excluded from participation in, denied the benefits of, or subjected to discrimination in the administration of HHS programs and services, to the extent doing so is prohibited by federal statute." NPRM at 20.

Federal Defendants are assessing the impact of these developments on this litigation.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JOSEPH H. HUNT<br>Assistant Attorney General |
|  | ANDREW BYERLY BIRGE<br>United States Attorney |
|  | MICHELLE BENNETT<br>Assistant Branch Director |
| Dated: November 1, 2019 | /s/ *Christopher A. Bates*<br>CHRISTOPHER A. BATES<br>Senior Counsel to the Assistant Attorney General<br>U.S. Department of Justice, Civil Division<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>(202) 514-3307<br>christopher.a.bates@usdoj.gov |
|  | *Counsel for Federal Defendants* |