UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MELISSA BUCK; CHAD BUCK; and SHAMBER FLORE; ST. VINCENT CATHOLIC CHARITIES,<br><br>　　Plaintiffs,<br><br>v.<br><br>ROBERT GORDON, in his official capacity as the Director of the Michigan Department of Health and Human Services; HERMAN MCCALL, in his official capacity as the Executive Director of the Michigan Children's Services Agency; DANA NESSEL, in her official capacity as Michigan Attorney General; ALEX AZAR, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>　　Defendants. | No. 1:19-cv-00286<br><br>HON. ROBERT J. JONKER<br><br>MAG. PHILLIP J. GREEN |

**STATE DEFENDANTS'
CERTIFICATE OF COMPLIANCE WITH
LOCAL CIVIL RULE 7.1(d)**

In accordance with W.D. Mich. LCivR 7.1(d), Defendants Michigan Department of Health and Human Services (DHHS) Director Robert Gordon, DHHS Children's Services Agency Executive Director JooYuen Chang, and Michigan Attorney General Dana Nessel (collectively, "State Defendants"), by and through undersigned counsel, hereby certify that, on December 30, 2019, State Defendants' counsel spoke by telephone to counsel for St. Vincent Catholic Charities and sought

concurrence in the relief sought in State Defendants' Motion to Request Certification to the Michigan Supreme Court.  On January 6, 2020, State Defendants sought concurrent via email sent to counsel for Defendants Alex Azar and the United States Department of Health and Human Services, and to counsel for the Dumonts.

On January 3, 2020, Plaintiff responded that it opposes the motion. The Dumonts and Federal Defendants, Secretary Alex Azar and the United States Department of Health and Human Services, took no position.

Respectfully submitted,

Dana Nessel
Attorney General

Dated:  January 6, 2020

/s/ *Toni L. Harris*
Toni L. Harris (P63111)
Attorney for State Defendants
Michigan Department of
 Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI  48909
(517) 335-7603
HarrisT19@michigan.gov