UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ST. VINCENT CATHOLIC,

       Plaintiff,

CASE NO. 1:19-CV-286

v.

HON. ROBERT J. JONKER

ROBERT GORDON, *et al.*,

       Defendants.

_____/

## ORDER

Defendants Robert Gordon, Director of the Michigan Department of Health and Human Services; Herman McCall, Executive Director of the Michigan Children's Agency; and Dana Nessel, Michigan Attorney General (collectively, the "State Defendants") request certification to the Michigan Supreme Court a question of interpretation of 2015 Public Act 53, codified as MICH. COMP. L. § 722.124e and § 722.124f (the "2015 Michigan Law"). (ECF No. 87.) Plaintiff St. Vincent opposes the Motion to Request Certification. (ECF No. 90.)

On March 11, 2020, the State Defendants filed a Notice of Supplemental Authority in support of their motion for certification. (ECF No. 94.)[1] Plaintiff may file any response no later than March 31, 2020.

**IT IS SO ORDERED**.

Dated:    March 13, 2020        /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The State Defendants' motion focuses on the U.S. Supreme Court's recent grant of certiorari in *Fulton v. City of Philadelphia*, 922 F.3d 140 (3d Cir. 2019), *cert. granted*, -- S.Ct. --, 2020 WL 871694 (Mem), 20 Cal. Daily Op. Serv. 1378 (Feb. 24, 2020).