IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ST. VINCENT CATHOLIC CHARITIES,<br><br> *Plaintiff*,<br><br> v.<br><br>ROBERT GORDON, in his official capacity as the Director of the Michigan Department of Health and Human Services; JOO YEUN CHANG, in her official capacity as the Executive Director of the Michigan Children's Services Agency; DANA NESSEL, in her official capacity as Michigan Attorney General; ALEX AZAR, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br> *Defendants*. | No. 1:19-CV-00286<br><br>HON. ROBERT J. JONKER<br><br>MAG. PHILLIP J. GREEN |

**PLAINTIFF'S CERTIFICATE OF COMPLIANCE WITH LOCAL
RULE 7.1(d) FOR MOTION TO STAY PROCEEDINGS**

Pursuant to Local Rule 7.1(d), Plaintiff St. Vincent Catholic Charities ("St. Vincent"), through counsel, sought the State Defendants' consent to its motion to stay proceedings on March 18, 2020. The next day, the State Defendants responded and indicated they will oppose the motion so long as their motion for certification to the Michigan Supreme Court is pending.

On March 19, 2020, St. Vincent through counsel sought the Federal Defendants' consent to its motion to stay proceedings. The Federal Defendants responded and indicated that they do not oppose the motion.

| | |
|---|---|
| March 19, 2020 | Respectfully submitted,<br>*/s/ Lori H. Windham* |
| William R. Bloomfield (P68515)<br>Catholic Diocese of Lansing<br>Lansing, Michigan 48933-1122<br>(517) 342-2522<br>wbloomfield@dioceseoflansing.org | Lori H. Windham<br>Mark L. Rienzi<br>Nicholas R. Reaves<br>William J. Haun<br>Jacob M. Coate<br>The Becket Fund for Religious Liberty<br>1200 New Hampshire Ave.<br>Suite 700<br>Washington, DC 20036<br>Telephone: (202) 955-0095<br>Facsimile: (202) 955-0090<br>*Counsel for Plaintiff* |