**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 31, 2020

Mr. Thomas Dorwin
U.S. District Court
for the Western District of Michigan at Marquette
202 W. Washington Street
P.O. Box 698
Marquette, MI 49855-0000

Re:  Case No. 19-1959, *Melissa Buck, et al v. Robert Gordon, et al*
Originating Case No. : 1:19-cv-00286

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Maddison R Edelbrock
For Robin Johnson

cc:  Mr. Garrard Russ Beeney
   Mr. William Bloomfield
    Jacob Coate
   Ms. Leslie Jill Cooper
    William Haun
   Mr. Jay D. Kaplan
   Mr. Daniel S. Korobkin
   Ms. Ann Elizabeth Ostrager
   Mr. Nicholas Robert Reaves
   Mr. Mark Rienzi
   Mr. Jason William Schnier
   Ms. Leila Rashida Siddiky
   Ms. Lori Halstead Windham

Enclosure

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 19-1959

_____

Filed: July 31, 2020

MELISSA BUCK; CHAD BUCK; SHAMBER FLORE

      Plaintiffs

ST. VINCENT CATHOLIC CHARITIES,

Plaintiff-Appellee,

v.

ROBERT GORDON, in his official capacity as Director of the Michigan Department of Health and Human Services; HERMAN MCCALL, in his official capacity as the Executive Director of the Michigan Children's Services Agency; DANA NESSEL, in her official capacity as Attorney General of Michigan; ALEX M. AZAR, II, in his official capacity as the Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES

      Defendants

 and

KRISTY DUMONT; DANA DUMONT

      Amicae Curiae - Appellants

MANDATE

   Pursuant to the court's disposition that was filed 05/11/2020 the mandate for this case hereby issues today.

COSTS:  None