UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ST. VINCENT CATHOLIC CHARITIES,

      Plaintiff,

v.

ROBERT GORDON, et al.,

      Defendants.
_____/

CASE NO. 1:19-cv-286

HON. ROBERT J. JONKER

**ORDER**

By Order dated May 5, 2020, this Court granted plaintiff's motion to stay. ECF No. 98. Among other things, the Court observed that the Supreme Court decision to grant *certiorari* in *Fulton v. City of Philadelphia* would likely result in a decision providing meaningful, if not controlling, guidance for the parties and the Court in this case. The Supreme Court issued its decision in the case on June 17, 2021. It is now appropriate to assess the impact of the decision for this case.

Following entry of the stay Order, the Court of Appeals reversed this Court's decision denying permissive intervention to Kristy and Dana Dumont, and remanded for further proceedings consistent with the ruling of the Court of Appeals. ECF No. 99. It is now appropriate to determine the terms of intervention for the Dumonts. In addition, the Court believes it prudent to assess whether the reasoning of the Court of Appeals should lead the Court to reconsider its earlier decision dismissing plaintiffs Melissa Buck, Chad Buck and Shamber Flore, and inviting them to participate as amicus parties instead. ECF No. 70.

   The Court will address these issues, and any other matters necessary to provide a CMO that moves this case toward resolution, at a Rule 16 status conference on **August 25, 2021 at 3:00 p.m.**  The parties shall file their Joint Status Report by **August 13, 2021**.  The parties shall refer to ECF No. 18 when preparing their Joint Status Report.

   IT IS SO ORDERED.


Dated: June 21, 2021       /s/ Robert J. Jonker
                ROBERT J. JONKER
                CHIEF UNITED STATES DISTRICT JUDGE