UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ST. VINCENT CATHOLIC CHARITIES,

    Plaintiffs,

v.

ELIZABETH HERTEL, in her official capacity as the Director of the Michigan Department of Health and Human Services; DEMETRIUS STARLING, in his official capacity as the Executive Director of the Michigan Children's Services Agency; DANA NESSEL, in her official capacity as Michigan Attorney General; XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

    Defendants.

No. 1:19-cv-00286

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

**STIPULATED ORDER**

---

Lori H. Windham
Mark Rienzi
Nicholas Reaves
William Haun
Attorney for Plaintiff
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Ste. 700
Washington, DC 20036
(202) 955-0095

Benjamin Takemoto
Attorney for Federal Defendants
U.S. Department of Justice
Ben Franklin Station
P.O. Box 883
Washington, DC 20044
(202) 532-4252

Toni L. Harris (P63111)
Cassandra Drysdale-Crown (P64108)
Neil Giovanatti (P82305)
Attorneys for State Defendants
MI Dep't of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, MI  48909
(517) 335-7603

## STIPULATED ORDER

WHEREAS Plaintiffs and the State Defendants have initiated discussions in an attempt to resolve this matter without further litigation and motion practice. To afford sufficient time for these discussions, the parties jointly request that the Court adjourn the deadlines and the status conference set forth in the Court's Order, dated June 21, 2021 (ECF No. 105), by sixty (60) days. The parties will provide the Court with an update on the status of the discussions within 30 days of this stipulation.

IT IS HEREBY ORDERED that the deadlines and the status conference set forth in the Court's Order, dated June 21, 2021 (ECF No. 105), are adjourned by sixty (60) days.

Dated: August ___, 2021

_____
Robert Jonker
United States District Court Judge

The parties hereby Stipulate and Agree:

Date: August 12, 2021

*/s/ Lori Windham*
Lori Windham
Attorney for Plaintiff

Date: August 12, 2021

*/s/ Neil Giovanatti*
Neil Giovanatti
Attorney for State Defendants

Date: August 12, 2021

*/s/ Benjamin Takemoto*
Benjamin Takemoto
Attorney for Federal Defendants