UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ST. VINCENT CATHOLIC CHARITIES,

       Plaintiffs,

v.

ELIZABETH HERTEL, in her official capacity
as the Director of the Michigan Department of
Health and Human Services; DEMETRIUS
STARLING, in his official capacity as the
Executive Director of the Michigan Children's
Services Agency; DANA NESSEL, in her
official capacity as Michigan Attorney General;
XAVIER BECERRA, in his official capacity as
Secretary of Health and Human Services;
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

       Defendants.

No. 1:19-cv-00286

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

**STIPULATED ORDER**

---

Lori H. Windham
Mark Rienzi
Nicholas Reaves
William Haun
Attorney for Plaintiff
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Ste. 700
Washington, DC 20036
(202) 955-0095

Benjamin Takemoto
Attorney for Federal Defendants
U.S. Department of Justice
Ben Franklin Station
P.O. Box 883
Washington, DC 20044
(202) 532-4252

Toni L. Harris (P63111)
Cassandra Drysdale-Crown
(P64108)
Neil Giovanatti (P82305)
Attorneys for State Defendants
MI Dep't of Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI  48909
(517) 335-7603

---

## STIPULATED ORDER

WHEREAS Plaintiffs and the State Defendants have initiated discussions in an attempt to resolve this matter without further litigation and motion practice.  To afford sufficient time for these discussions, the parties jointly request that the Court adjourn the deadlines and the status conference set forth in the Court's Order, dated June 21, 2021 (ECF No. 105), by sixty (60) days.

IT IS HEREBY ORDERED that the deadlines and the status conference set forth in the Court's Order, dated June 21, 2021 (ECF No. 105), are adjourned for at least sixty (60) days and will be reset, if necessary, by separate order.   The parties will provide the Court with an update on the status of the discussions within 30 days of this stipulation.


Dated:        August 13, 2021            /s/ Robert J. Jonker
                                         Robert Jonker
                                         Chief United States District Judge


The parties hereby Stipulate and Agree:

Date: August 12, 2021                    /s/ Lori Windham
                                         Lori Windham
                                         Attorney for Plaintiff


Date: August 12, 2021                    /s/ Neil Giovanatti
                                         Neil Giovanatti
                                         Attorney for State Defendants


Date: August 12, 2021                    /s/ Benjamin Takemoto
                                         Benjamin Takemoto
                                         Attorney for Federal Defendants

2