UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MELISSA BUCK; CHAD BUCK; SHAMBER FLORE; ST. VINCENT CATHOLIC CHARITIES, | No. 1:19-cv-00286 |
| Plaintiffs, | HON. ROBERT J. JONKER |
| v. | MAG. PHILLIP J. GREEN |
| ELIZABETH HERTEL, in her official capacity as the Director of the Michigan Department of Health and Human Services; DEMETRIUS STARLING, in his official capacity as the Executive Director of the Michigan Children's Services Agency; DANA NESSEL, in her official capacity as Michigan Attorney General; XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | STATUS UPDATE |
| Defendants.[1] | |

| | |
|---|---|
| Lori H. Windham | Toni L. Harris (P63111) |
| Mark Rienzi | Cassandra Drysdale-Crown (P64108) |
| Nicholas Reaves | |
| William Haun | Neil Giovanatti (P82305) |
| Attorney for Plaintiffs | Attorneys for State Defendants |
| The Becket Fund for Religious Liberty | MI Dep't of Attorney General |
| 1919 Penn. Ave. NW, Ste. 400 | Health, Education & Family Services Division |
| Washington, DC 20006 | P.O. Box 30758 |
| (202) 955-0095 | Lansing, MI 48909 |
| | (517) 335-7603 |
| *Counsel for Plaintiffs* | |
| | *Counsel for State Defendants* |

---

[1] Pursuant to Fed. R. Civ. Proc. 25(d), the current public officers sued in their official capacities are automatically substituted as parties.

1

Benjamin Takemoto
Attorney for Federal Defendants
U.S. Department of Justice
Ben Franklin Station
P.O. Box 883
Washington, DC 20044
(202) 532-4252

*Counsel for Federal Defendants*

## STATUS UPDATE

By Stipulated Order, dated August 13, 2021 (ECF No. 107), the Court ordered Plaintiffs and State Defendants to provide the Court with an update within 30 days on the status of their discussions to resolve this matter.

Plaintiffs and State Defendants have made progress in their attempt to resolve this matter without further litigation and motion practice. Plaintiffs and State Defendants agree to continue their discussions over the next thirty days. On or before October 12, 2021, Plaintiffs and State Defendants will provide the Court with an additional update on the status of their discussions.

Date: September 10, 2021          */s/ Lori Windham*
                                                       Lori Windham
                                                       Attorney for Plaintiffs

Date: September 10, 2021          */s/ Neil Giovanatti*
                                                       Neil Giovanatti
                                                       Attorney for State Defendants