UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ST. VINCENT CATHOLIC CHARITIES,

    Plaintiffs,

v.

ELIZABETH HERTEL, in her official capacity as the Director of the Michigan Department of Health and Human Services; DEMETRIUS STARLING, in his official capacity as the Executive Director of the Michigan Children's Services Agency; DANA NESSEL, in her official capacity as Michigan Attorney General; XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

    Defendants.

No. 1:19-cv-00286

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

**STIPULATED ORDER**

---

Lori H. Windham
Mark Rienzi
Nicholas Reaves
William Haun
Attorney for Plaintiff
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Ste. 700
Washington, DC 20036
(202) 955-0095

Benjamin Takemoto
Attorney for Federal Defendants
U.S. Department of Justice
Ben Franklin Station
P.O. Box 883
Washington, DC 20044
(202) 532-4252

Toni L. Harris (P63111)
Cassandra Drysdale-Crown (P64108)
Neil Giovanatti (P82305)
Attorneys for State Defendants
MI Dep't of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, MI  48909
(517) 335-7603

1

## STIPULATED ORDER

  WHEREAS, by Stipulated Order dated August 13, 2021 (ECF No. 107), the Court adjourned the August 25, 2021 status conference and the associated deadlines by 60 days to allow Plaintiffs and State Defendants time to attempt to resolve this matter without further litigation and motion practice.  The Order also directed the parties to provide the Court with a status updated within 30 days;

  WHEREAS, on September 11, 2021, Plaintiffs and State Defendants filed a Status Update (ECF No. 108) to inform the Court that Plaintiffs and State Defendants had made progress in their attempt to resolve this matter and informed the Court that they would provide an additional update on or before October 12, 2021; and

  WHEREAS Plaintiffs and State Defendants have continued to make progress in their attempt to resolve this matter and submit this proposed stipulated order to provide them with additional time to continue their negotiations under the timetable set forth below.

  Upon the stipulation of the parties, IT IS HEREBY ORDERED that the deadlines and the status conference previously adjourned by the Court in its August 13, 2021 Stipulated Order (ECF No. 107) are adjourned sine die.

  It is further ORDERED that Plaintiffs and State Defendants shall inform the Court if they have reached an agreement to resolve this matter on before December 1, 2021.  If Plaintiffs and State Defendants reach an impasse in their discussions

prior to December 1, 2021, they shall jointly file a status update so stating and proposing next steps for this case.

Dated:   October  7 , 2021            /s/ Robert J. Jonker
                                      Robert Jonker
                                      United States District Court Judge

The parties hereby Stipulate and Agree:

Date:  October 7, 2021                */s/ Lori Windham*
                                      Lori Windham
                                      Attorney for Plaintiff

Date:  October 7, 2021                */s/ Neil Giovanatti*
                                      Neil Giovanatti
                                      Attorney for State Defendants

3