UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ST. VINCENT CATHOLIC CHARITIES,

    Plaintiffs,

v.

ELIZABETH HERTEL, in her official capacity as the Director of the Michigan Department of Health and Human Services; DEMETRIUS STARLING, in his official capacity as the Executive Director of the Michigan Children's Services Agency; DANA NESSEL, in her official capacity as Michigan Attorney General; XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

    Defendants.

No. 1:19-cv-00286

HON. ROBERT J. JONKER

MAG. PHILLIP J. GREEN

**STATUS UPDATE**

---

Lori H. Windham
Mark Rienzi
Nicholas Reaves
William Haun
Attorney for Plaintiff
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Ste. 700
Washington, DC 20036
(202) 955-0095

Benjamin Takemoto
Attorney for Federal Defendants
U.S. Department of Justice
Ben Franklin Station
P.O. Box 883
Washington, DC 20044
(202) 532-4252

Toni L. Harris (P63111)
Cassandra Drysdale-Crown (P64108)
Neil Giovanatti (P82305)
Attorneys for State Defendants
MI Dep't of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, MI  48909
(517) 335-7603

1

## STATUS UPDATE

By Stipulated Order dated October 7, 2021 (ECF No. 110), the Court ordered Plaintiffs and State Defendants to provide the Court with an update on or before December 1, 2021, regarding the status of their discussions to resolve this matter.

Plaintiffs and State Defendants have continued to make progress in their attempt to resolve this matter. Plaintiffs and State Defendants agree to continue their discussions over the next sixty days. On or before January 31, 2022, Plaintiffs and State Defendants will provide the Court with an additional update on the status of their discussions. If Plaintiffs and State Defendants reach an impasse in their discussions prior to January 31, 2022, they will jointly file a status update so stating and proposing next steps for this case.


Date:  December 1, 2021                         */s/ Lori Windham*
                                                Lori Windham
                                                Attorney for Plaintiff


Date:  December 1, 2021                         */s/ Neil Giovanatti*
                                                Neil Giovanatti
                                                Attorney for State Defendants