UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA BUCK, et al.,

    Plaintiffs,

v.

    CASE NO. 1:19-cv-286

    HON. ROBERT J. JONKER

ELIZABETH HERTEL, et al.,

    Defendants.
_____/

## DISMISSAL ORDER

Per the parties Joint Response to Show Cause Order (ECF No. 121), **IT IS HEREBY ORDERED**:

1. Plaintiffs' claims against the United States Defendants are dismissed without prejudice.

2. The dismissal is on the condition of immediate reinstatement to the current position of the case, including the order of preliminary injunction, if the United States Defendants decide to take any action to enforce 45 C.F.R. § 75.300 against Plaintiffs or the State of Michigan.

3. Plaintiffs may file a motion to reopen the case if they believe the second condition has been met.

Dated:   November 17, 2022        /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE